JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA HARDY, | Case No.: 2:16-cv-07551-JFW (ASx) |
| Plaintiff, | [Hon. John F. Walter] |
| v. | **ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY. | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: June 23, 2017

_____
Honorable John F. Walter
U.S. District Court Judge